**Order entered September 10, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00934-CV

**MERITAGE HOMES, Appellant**

**V.**

**PARSHANT MUDDA AND SHURTI MUDDA, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10852**

## ORDER

Before the Court is appellant's September 6, 2018 unopposed motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **September 17, 2018**.

/s/    ADA BROWN
        JUSTICE